IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02525-WYD-MEH

JENNIFER KATZFEY,

    Plaintiff,

v.

CELTIC INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2008.**

    Based upon the parties' agreement, and the entire record herein, Defendant's Unopposed Motion for Entry of Stipulated Protective Order to Protect the Discovery and Dissemination of Confidential Information and Documents [Filed May 2, 2008; Docket #15] is **granted**. The Court will sign the Protective Order and enter it on the record.