IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02525-WYD-MEH

JENNIFER KATZFEY,

    Plaintiff,

v.

CELTIC INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court upon the Stipulation to Dismiss with Prejudice, by the parties, and the Court having been advised in the premise, it is hereby

ORDERED that said Stipulation is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs.

Dated this 16th day of June, 2008.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT JUDGE